# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: SADIE B. PEREZ,<br>     Debtor | : | CHAPTER 13 |
| | : | BANKRUPTCY NO. 18-10107 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance for the Debtor in this case, who filed this case pro se.

/s/ David A. Scholl_____
DAVID A. SCHOLL, ESQUIRE
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765