**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  SADIE B. PEREZ,  :  Chapter 13
 :
 Debtor  :  Bky. No. 18-10107 ELF

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Stay Under 11 U.S.C. §362(c)(3) ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **February 6, 2018, at 1:00 p.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107**.

3. The Movant shall provide notice of the expedited hearing on all secured creditors and their counsel (if known):

    (a) by providing: telephone notice to the creditor or counsel; **AND**

    (b) by serving the creditor or counsel with the Motion and this Order via facsimile transmission or e-mail transmission **no later than 5:00 p.m. on February 2, 2018**.

4. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: February 2, 2018

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**