# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: 
SADIE B. PEREZ,                                              : Chapter 13
Debtor                                                       : BANKR. No. 18-10107

## CERTIFICATION OF SERVICE

I hereby certify that, on February 2, 2018, I served notice of the Debtor's Expedited Motion to Extend the Automatic Stay, with this court's Order of February 2, 2018, scheduling a hearing on February 7, 2018, to one secured creditor, Midfirst Bank, by speaking on the telephone and sending an email to its counsel, Rebecca Solarz, Esq., KML Law Group; and to the other secured creditor, Wilmington Savings Fund Society, by leaving a telephonic voicemail message and sending a fax to its counsel, David Raphael, Esq., Grenen & Birsic, P.C.

Dated:  February 2, 2018

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor