United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sadie B. Perez  
Sadie B. Perez  
    Debtors

Case No. 18-10107-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Feb 02, 2018  
                      Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.  
db        +Sadie B. Perez,    5243 Westford Road,    Philadelphia, PA 19120-3618  
db        +Sadie B. Perez,    MAILING ADDRESS,    6013 Walnut Street,    Philadelphia, PA 19139-3713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg       +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 03 2018 01:38:06    U.S. Attorney Office,  
         c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                                                                                                          TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:  
         DAVID A. SCHOLL    on behalf of Debtor Sadie B. Perez judgescholl@gmail.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                                                                    TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SADIE B. PEREZ, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-10107 ELF |

# O R D E R

       **AND NOW**, upon consideration of the Debtor's Motion to Extend the Stay Under 11 U.S.C. §362(c)(3) ("the Motion")*,* and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **February 6, 2018, at 1:00 p.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107**.

3. The Movant shall provide notice of the expedited hearing on all secured creditors and their counsel (if known):

    (a) by providing: telephone notice to the creditor or counsel; **AND**

    (b) by serving the creditor or counsel with the Motion and this Order via facsimile transmission or e-mail transmission **no later than 5:00 p.m. on February 2, 2018**.

4. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: **February 2, 2018**

                                    **ERIC L. FRANK**
                                    **CHIEF U.S. BANKRUPTCY JUDGE**