# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  Sadie B. Perez,                                         Case No.  18-10107

Name of Debtor(s)

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, o r agreed to be paid to me, for services rendered or to be rendered on behalf o f the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept accepccept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $2,500.00*

Prior to the filing of this statement I have received received. . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $520.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $1980.00

2.      The source of the compensation paid to me was:

☒      Debtor

3.      The source of compensation to be paid to me is:

☒      Debtor

4.    x☐      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐      I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee of $2500, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.      Preparation and filing of schedules and statement of affairs

b.      Attending the Meeting of Creditors

c.      Preparing and obtaining confirmation of a Chapter 13 plan

*By agreement with the debtor, the above-disclosed fee does not include any costs or expenses which arise in the case or representation in any extraordinary matters not referenced above, including a motion for extension of the automatic stay, appearance at a hearing to determine whether credit counseling requirements were met, objecting to claims, filing motions and prosecuting adversary proceedings, and defending any motions filed against the Debtor.  For these services, the Debtor will be charged an additional $200/hr over the $3500 fee referenced above.  It is estimated that the total fee will be approximately $7500.

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  2-8-18

_____
/s/David A. Scholl
Attorney for Debtor