**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Sadie B. Perez,<br>      Debtors.<br><br>Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT,<br><br>      Objecting Party<br> v.<br><br>Sadie B. Perez, Debtor and William C. Miller, Esq., Chapter 13 Trustee,<br><br>      Respondents. | Bankruptcy Case#: 18-10107-elf<br><br>Chapter 13<br><br>Related to Doc. No. 22 |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

COMES NOW, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT (hereinafter referred to as ("Movant"), who holds a secured lien on the Debtor's real property known as 6013 Walnut St Philadelphia, PA 19139, and files this Objection to Confirmation of Debtor's Plan.

  Movant anticipate to file a proof of claim with pre-petition arrearage in the amount of $21,621.93. The Debtor's Chapter 13 Plan lists a pre-petition arrearage owed to Movant of $300.00. The arrears listed in the Plan do not match Movant's pre-petition arrearage amount. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. § 1325(a).

  WHEREFORE, Movant prays that this Court inquire into the matters raised herein and deny confirmation of the Chapter 13 Plan, or enter such orders that the Court deems just and proper.

> Robertson, Anschutz & Schneid, P.L.
> Attorney for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-997-6909
>
> By: /s/Kevin Buttery
> Kevin Buttery, Esquire
> PA Bar Number 319438
> Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 14, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICE OF DAVID A. SCHOLL
512 HOFFMAN STREET
PHILADELPHIA, PA  19148

SADIE B. PEREZ
6013 WALNUT STREET
PHILADELPHIA, PA  19139

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, PA  19105

UNITED STATES TRUSTEE
833 CHESTNUT STREET
PHILADELPHIA, PA  19107

> Robertson, Anschutz & Schneid, P.L.
> Attorney for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487

Telephone: 561-241-6901
Facsimile: 561-997-6909

By: <u>/s/Kevin Buttery</u>
Kevin Buttery, Esquire
PA Bar Number 319438
Email: kbuttery@rascrane.com