# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                 Chapter 13

                                                 Bankruptcy No. 18-10107-ELF

SADIE B PEREZ

6013 WALNUT STREET

PHILADELPHIA, PA 19120

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SADIE B PEREZ

    6013 WALNUT STREET

    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    DAVID SCHOLL, ESQUIRE
    512 HOFFMAN ST

    PHILADELPHIA, PA 19148-

                                                  /S/ William C. Miller

Date: 3/28/2018                                        _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee