1 8 - 1 0 1 0 7

## CERTIFICATION OF BUSINESS DEBTOR
*Office of Chapter 13 Standing Trustee*

I, _____SADIE B. PEREZ_____, being of full age and duly sworn upon my oath, depose

and say:

1.   I have ___O___ employees and have filed quarterly tax returns through the quarter

     ending _____.

2.   I have ___O___ independent contractors that have performed services and have

     filed 1099's through the year of 20___.

3.   I have filed the necessary 940 (FUTA) tax returns through the year 20___.

4.   My principal business activity is ___cleaning service___.

5.   My business is ( sole proprietorship / partnership / corporation/ limited liability company

     (Circle One)

     *[If your business is other than a sole proprietorship, please provide copies of your
     partnership agreement, corporate charter, or limited liability charter]*

6.   The gross income from my business for the previous year was   $ 12,574 , and

     the net income after expenses was $ 11,694 . [Note – this form

     assumes a calendar year financial basis. If you are on a fiscal year, please so

     indicate.]

7.   I have filed tax returns (business and personal) through the year ended December 31, 2017

     with the Internal Revenue Service.

8.   I have filed state tax returns (business and personal) through the year ended December 31,

     201/ with the Commonwealth of Pennsylvania.

9.   I began my current business on ___1995___.

10.  My business is located at ___6013 Wadard St, Phila 19139___.

11.   I have/have not)(circle one) pledged any business receivables, rents, profits, or other cash

as collateral for any loans.

12.   I have/have not (circle one) incurred "trade credit" in producing self-employment income.

[Trade credit has been described as credit that firms extend to other firms in the ordinary
course of business through the creation of receivables or payables. Trade credit involves
the exchange of goods and services for other goods and services without the payment of
money. This includes the extension of credit by debtor to clients or the extension of
creditors' supplies to debtor.]

13.   Licenses: Provide copies of the following, if applicable:

      *      Business License (If a business license is not required for your
             business/self-employment please explain )
             G. y
             _____

      *      Seller's permit
      *      Contractor's license
      *      License to rent real property
      *      Other license currently used _____

*I have reviewed and completed the attached forms regarding insurance coverage*

*(Exhibit A), business assets (Exhibit B), and bank accounts (Exhibit C).*

*I have attached copies of the insurance policies as proof of coverage, licenses if*

*applicable, bank statements, and the previous two years tax returns (business and*

*personal).*

*I declare under penalty of perjury that the foregoing information is true and correct.*

_____
                                    (Debtor)

# INSURANCE COVERAGE
## OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

Please check if you carry any of the following types of insurance for your business.
(You must attach a copy of the most recent declaration page for each insurance which you)
carry for your business.)

|  | Date Effective To | Coverage Amount |
|---|---|---|
| General Liability | | |
| Workers Compensation | | |
| Property | | |
| Fire/Extended Coverage | | |
| Theft | | |
| Auto (for business vehicles) | | |
| Other (state nature of coverage below) | | |

Crowot Prompt Change Co.

*EXHIBIT A*

# BANK ACCOUNTS
## Office of Chapter 13 Standing Trustee

a) Provide COPIES, not originals, of bank statements for all accounts for the 3 months prior to your Chapter 13 Petition. (Note: Trustee may request copies of canceled checks for this time period to clarify data contained in the bank statements.)

b) Are you the only authorized signatory(ies) on the account(s)?    YES    NO    *NO BUSINESS ALCOHOL*
If NO, specify who else is an authorized signer _____

| BANK NAME | ACCOUNT NUMBER | ACCOUNT TYPE | PURPOSE OF ACCOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*EXHIBIT B*

# BUSINESS ASSETS

Office of Chapter 13 Standing Trustee

PLEASE LIST EVERY BUSINESS ASSET USED IN THE OPERATION OF '
REGARDLESS OF WHETHER IT IS LEASED OR ENCUMBERED

| ASSET | ORIGINAL COST | AGE OF ASSET | ESTIMATED CURRENT MARKET VALUE |
|---|---|---|---|
| Cleaning Supplies & machine | $500 | 6-7 yrs | $320 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*EXHIBIT C*