**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  SADIE B. PEREZ,                                  Bankruptcy 18-19197-ELF
              Debtor                                              Chapter 13

**NOTICE OF APPEARANCE**

 Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as trustee for BCAT 2015-14BTT.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:          Kevin W. Lynch, Esquire (4904)
                          PA Bar ID: 54832
                          1240 N. Myrtlewood St.
                          Philadelphia, PA 19121-4515
                          (215) 821-9471
                          (609) 220-7385

DOCUMENTS:        ☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

                          ☐  All documents and pleadings of any nature.

Date:  ___4/16/18_____          Signature _____