# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  SADIE B. PEREZ,            :         CHAPTER13
      Debtor

                                       :         BANKRUPTCY NO.  18-10107

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

       The Debtor was advised that she should not appear at the Meeting of Creditors because her tax returns and business reports were not filed.  She has now provided her 2017 tax return and business reports and the Meeting was rescheduled on May 7, 2018.  She has also remitted all three payments due to the trustee.  She is not delaying in the prosecution of this case, which was filed pro se in January, 2018.

       WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this case should be denied.

Date:   May 7, 2018

                                                    Attorney for Debtor

                                                    /s/DAVID A. SCHOLL
                                                    512 Hoffman Street
                                                    Philadelphia, PA.  19148
                                                    610-550-1765