

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Pennsylvania**

## APPEARANCE SHEET

Date: _07.24.18_    Appearance Before Hon. _E L Frank_

Number on Calendar: _# 8_

Name of Debtor: _Sadie B. Peck_

Bk. Case No.: _18-10107_    Adv. Case No.: _____

Attorney's Name: _Aufhege B Smith_

Firm Name: _Law office Dead A. Scholl_

Address: _512 Hoffman St._

Telephone: _610-550-1765_

Appearing for: _Debtor_

Movant: _____

Respondent: _____

Plaintiff: _____

Defendant: _____

### WITNESS (IF APPLICABLE)

1. _____    4. _____
2. _____    5. _____
3. _____    6. _____

### *NOTICE*

*ALL COUNSEL ORDERING OFFICIAL COURT TRANSCRIPTS*

*ACCEPT RESPONSIBILITY FOR PAYMENT.*

(Rev. 2/20/03)