IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

In Re: SADIE B. PEREZ,  : CHAPTER 13

        Debtor  : BANKRUPTCY NO. 18-10107

### ORDER SUR DEBTOR'S OBJECTIONS TO PROOFS OF CLAIM FILED BY THE CITY OF PHILADELPHIA ("CITY") AND THE WATER REVENUE BUREAU OF THE CITY OF PHILADELPHIA ("WRB")

AND NOW, this _____ day of September, 2018, it is hereby ORDERED as follows:

1. The Objections are SUSTAINED.

2. The Proofs of Claim filed by CITY and WRB (Nos 3 and 43) are REDUCED to $_____ for real estate taxes and liens and $_____ for water.

_____

WHEREFORE, the Debtor requests that this court will enter the Proposed Order accompanying the Objections.

/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Attorney for Debtor

**Fill in this information to identify the case:**

Debtor 1: Sadie B. Perez

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 18-10107

---

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1: Identify the Claim

**1. Who is the current creditor?**
City of Philadelphia/School District of Philadelphia
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor uses with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
City of Philadelphia Law Dept - Tax Unit
Name
1401 JFK Blvd, 5th Floor
Number   Street
Philadelphia    PA    19102
City         State    ZIP Code

Contact phone 215-686-0503
Contact email Megan.Harper@phila.gov

Where should payments to the creditor be sent? (if different)
Name _____
Number   Street _____
City    State    ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on ___/___/___
       MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410              Proof of Claim              page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   - ☐ No
   - ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?   $ 18,959.20   Does this amount include interest or other charges?
   - ☐ No
   - ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Municipal Claim

9. Is all or part of the claim secured?
   - ☐ No
   - ☑ Yes. The claim is secured by a lien on property.

   Nature of property:
   - ☑ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
   - ☐ Motor vehicle
   - ☐ Other. Describe:   5243 Westford Road and 6013 Walnut St., Phila., PA

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:   $ 86,039.00
   Amount of the claim that is secured:   $ 18,959.20
   Amount of the claim that is unsecured:   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:   $ 18,959.20

   Annual Interest Rate [Real Estate] (when case was filed)  9 %
   Annual Interest Rate [Judgments] (when case was filed)  6 %
   - ☑ Fixed
   - ☐ Variable

10. Is this claim based on a lease?
    - ☑ No
    - ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

11. Is this claim subject to a right of setoff?
    - ☑ No
    - ☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No
☐ Yes. Check one:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/03/2018
                  MM / DD / YYYY

/s/ Megan N. Harper
Signature

Print the name of the person who is completing and signing this claim:

Name        Megan N. Harper
            First name        Middle name        Last name

Title       Deputy City Solicitor

Company     City of Philadelphia Law Revenue Bureau
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     1401 JFK Blvd, 5th Floor
            Number    Street
            Philadelphia                    PA        19102
            City                            State     ZIP Code

Contact phone  215-686-0503        Email    Megan.Harper@Phila.gov

Debtor: Sadie B. Perez         Case 18-10107-elf   Claim 4-1   Filed 07/05/18   Desc Main Document   Page 4 of 8    Bankruptcy #18-10107
Interest and Penalties as of: 07/08/2018                                                                              Filing date: 01/08/2018

Pre-Petition Itemized Statement

| ACCOUNT NUMBER | PERIOD / YEAR | TAX TYPE | TAX PRINCIPAL | INTEREST | PENALTY | OTHER | JUDGMENT AMOUNT | TOTALS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| **SECURED CLAIMS** | | | | | | | | | |
| 31057300 | 12312016Y | REA | $ 969.08 | $ 94.49 | $ 67.84 | $ 159.79 | | $ 1,291.20 | |
| 31057300 | 12312017Y | REA | $ 969.08 | $ 7.27 | | $ 91.45 | | $ 1,067.80 | |
| 31057300 | 12312018Y | REA | $ 842.68 | | | | | $ 842.68 | |
| | TOTAL | | | | | | | $ 3,201.68 | 6013 Walnut Street, Philadelphia, PA |
| 31057300 | 06092000y | L&I | $ 310.28 | $ 331.70 | | $ 22.01 | | $ 683.99 | Lien #00070077 clean and seal up vacant building at 6013 Walnut St., Philadelphia, PA |
| 31057300 | 05272013y | L&I | $ 801.21 | $ 708.01 | | $ 46.56 | | $ 1,555.78 | Lien #03060870 clean and seal up vacant building at 6013 Walnut St., Philadelphia, PA |
| 31057300 | 06301999y | L&I | $ 6,250.00 | $ 6,968.75 | | $ 319.00 | | $ 13,537.75 | Lien #98070245 repair drainage system at 6013 Walnut St., Philadelphia, PA |
| | | | | | | | | $ 15,757.52 | |
| | | | | TOTAL CLAIM | $ 18,959.20 | | | | |

```
LANA702                    C I T Y   O F   P H I L A D E L P H I A        07/03/18
A150  ____                       AGENCY RECEIVABLES                       11:23 AM
                                     LIST BILLS
```

STREET CODE.: 81140  HOUSE NUMBER: 06013  HOUSE SUFFIX:
SUBJECT ADDR: 06013 WALNUT ST
MAIL ADDRESS: PEREZ SADIE
              5243 WESTFORD RD
              PHILADELPHIA PA 191203618

| BILL NUM   | /WK/LIEN   |           |          |        |           |
|------------|------------|-----------|----------|--------|-----------|
| X BILL DATE | /LIEN #   | PRINCIPAL | INTEREST | LIEN   | TOTAL     |
| 021888     | L54 C01    | 310.28    | 331.70   | 22.01  | 663.99    |
| 06/09/2000 | 00070077   |           |          |        |           |
| 029716     | L54 C01    | 801.21    | 708.01   | 46.56  | 1,555.78  |
| 05/27/2003 | 03060870   |           |          |        |           |
| 990461     | L55 P03    | 6,250.00  | 6,968.75 | 319.00 | 13,537.75 |
| 06/30/1999 | 99070245   |           |          |        |           |
| TOTALS DUE: |           | 7,361.49  | 8,008.46 | 387.57 | 15,757.52 |

ENTER=PROCESS       PF1=HELP                                    PF12=EXIT
AT TOP OF LIST

11:24:16 Tuesday, July 3, 2018
Case 18-10107-elf   Doc 75   Filed 08/11/18   Entered 08/11/18 15:38:36   Desc Main Document   Page 6 of 8
Case 18-10107-elf   Claim 4-1   Filed 07/05/18   Desc Main Document   Page 8 of 13

```
LANA702                C I T Y   O F   P H I L A D E L P H I A           07/03/18
A130                           AGENCY RECEIVABLES                        11:24 AM
                                 INQUIRE BILL
--------------------------------------------------------------------------------

                            06013 WALNUT ST
PEREZ SADIE
STREET CODE.: 81140  HOUSE NUMBER: 06013   BILL NUMBER.: 021888
ACTIVITY DATE........: 06/2000                 PRINCIPAL DUE.:       310.28
AGENCY TYPE..........: L   LICENSES & INSPECTION  INTEREST DUE..:    331.70
WORK DESCRIPTION.....: 54 L&I PCLN & SEAL (GF)    LIEN DUE......:     22.01
BILL DATE............: 06/09/2000                 OTHER DUE.....:
WORK COMPLETION DATE.: 04/10/2000                 TOTAL DUE.....:     663.99
VIOLATION DATE.......: 03/03/2000                 PRINCIPAL PAID:
LIEN CODE............: C01                        INTEREST PAID.:
   CLEAN AND SEAL UP VACANT BUILDING              LIEN PAID.....:
BATCH NUMBER.........: 20047                      OTHER PAID....:
B OF R NUMBER........: 031057300                  TOTAL PAID....:
LIEN NUMBER..........: 00070077               COLLECTION STATUS:
HOUSE SUFFIX.........:                   HOUSE OVERFLOW............:
BILL TYPE............: P                 ADDITIONAL ADDRESS INFO?
UPDATE INFO..........: 6/15/2000 12:37PM RTMA586 PEARL SANDRA
--------------------------------------------------------------------------------
 PF1=HELP PF4=COMMENTS PF5=REFER HIST                            PF12=EXIT
TRANSFER TO A130 COMPLETE
```

```
11:24:40  Tuesday,                                                              07/03/18
LANA702                    C I T Y  O F  P H I L A D E L P H I A                11:24 AM
A130                             AGENCY RECEIVABLES
                                   INQUIRE BILL
------------------------------------------------------------------------------------
                             06013 WALNUT ST
PEREZ SADIE
STREET CODE.: 81140  HOUSE NUMBER: 06013    BILL NUMBER.: 029716
ACTIVITY DATE........: 05/2003                PRINCIPAL DUE.:         801.21
AGENCY TYPE..........: L  LICENSES & INSPECTION  INTEREST DUE..:      708.01
WORK DESCRIPTION.....: 54 L&I PCLN & SEAL (GF)   LIEN DUE......:       46.56
BILL DATE............: 05/27/2003             OTHER DUE......:
WORK COMPLETION DATE: 04/28/2003              TOTAL DUE......:     1,555.78
VIOLATION DATE.......: 04/14/2003             PRINCIPAL PAID:
LIEN CODE............: C01                    INTEREST PAID.:
  CLEAN AND SEAL UP VACANT BUILDING           LIEN PAID.....:
BATCH NUMBER.........: 23054                  OTHER PAID....:
B OF R NUMBER........: 031057300              TOTAL PAID....:
LIEN NUMBER..........: 03060870               COLLECTION STATUS:
HOUSE SUFFIX.........:                  HOUSE OVERFLOW............:
BILL TYPE............: P                ADDITIONAL ADDRESS INFO?
UPDATE INFO..........: 6/2/2003 01:11PM RTAGR520
------------------------------------------------------------------------------------
 PF1=HELP  PF4=COMMENTS  PF5=REFER HIST                                 PF12=EXIT
TRANSFER TO A130 COMPLETE
```

```
LANA702              C I T Y  O F  P H I L A D E L P H I A       07/03/18
A130                       AGENCY RECEIVABLES                    11:24 AM
                             INQUIRE BILL
------------------------------------------------------------------------
                            06013 WALNUT ST
PEREZ SADIE
STREET CODE.: 81140  HOUSE NUMBER: 06013   BILL NUMBER.: 990461
ACTIVITY DATE........: 06/1999             PRINCIPAL DUE.:     6,250.00
AGENCY TYPE..........: L  LICENSES & INSPECTION  INTEREST DUE..: 6,968.75
WORK DESCRIPTION.....: 55 L&I PNUIS ABATE (CD)   LIEN DUE......:   319.00
BILL DATE............: 06/30/1999          OTHER DUE.....:
WORK COMPLETION DATE: 06/03/1999           TOTAL DUE.....:    13,537.75
VIOLATION DATE......: 04/06/1999           PRINCIPAL PAID:
LIEN CODE............: P03                 INTEREST PAID.:
  REPAIR DRAINAGE SYSTEM                   LIEN PAID.....:
BATCH NUMBER.........: 99039               OTHER PAID....:
B OF R NUMBER........: 031057300           TOTAL PAID....:
LIEN NUMBER..........: 99070245         COLLECTION STATUS:
HOUSE SUFFIX.........:              HOUSE OVERFLOW.........:
BILL TYPE............: P            ADDITIONAL ADDRESS INFO?
UPDATE INFO..........: 12/9/1999 07:02AM RTAGD020
------------------------------------------------------------------------
PF1=HELP                                                      PF12=EXIT
TRANSFER TO A130 COMPLETE
```

Fill in this information to identify the case:

Debtor 1  Sadie B Perez

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   Eastern District of Pennsylvania

Case number  18-10107

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. Who is the current creditor?

   Water Revenue Bureau
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. Has this claim been acquired from someone else?

   ☑ No
   ☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   Pamela Eichert Thurmond
   Name
   1401 JFK Blvd, 5th Floor
   Number    Street
   Philadelphia        PA      19102
   City              State     ZIP Code

   Contact phone  215-686-0508

   Contact email  Pamela.Thurmond@phila.gov

   Where should payments to the creditor be sent? (if different)

   Name _____
   Number    Street _____
   City    State    ZIP Code

   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

4. Does this claim amend one already filed?

   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____
   Filed on _____
           MM / DD / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?

   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410              Proof of Claim              page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __5__ __4__ __2__

**7. How much is the claim?** $ __11966.97__  Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

__Municipal Claim__

**9. Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.

Nature of property:
☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: __See Attached Itemized Statment__

Basis for perfection: __Real Estate__
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ __172,300.00__
Amount of the claim that is secured: $ __11,966.97__
Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ __11,966.97__

Annual Interest Rate [Real Estate] (when case was filed) _____%
Annual Interest Rate [Judgments] (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410                   Proof of Claim                   page 2

Debtor: Sadie B Perez    Case 18-10107-elf    Claim 3-1    Filed 04/27/18    Desc Main Document    Page 4 of 4    Bankruptcy: 18-10107
Interest, and Penalties as of: 01/08/2018    Pre-Petition Itemized Statement    Filing date: 01/08/2018

| ACCOUNT NUMBER | Water Usage Period | TAX PRINCIPAL | PENALTY | LIEN | TOTALS | COMMENTS |
|---|---|---|---|---|---|---|
| | SECURED CLAIMS: | | | | | |
| 008-82500-05243-001 | 10/01/2006-01/08/2018 | $ 8,082.14 | $ 2,586.15 | $ 140.00 | $ 10,808.29 | 5243 WESTFORD RD 19120 |
| 049-81140-06013-001 | 01/18/2011-01/08/2018 | $ - | $ 196.14 | $ 50.00 | $ 246.14 | 6013 WALNUT ST 19139 |
| 049-81140-06013-002 | 09/06/2013-01/08/2018 | $ 742.77 | $ 149.77 | $ 20.00 | $ 912.54 | 6013 WALNUT ST 19139 |
| | SECURED WATER TOTALS | $ 8,824.91 | $ 2,932.06 | $ 210.00 | $ 11,966.97 | |

Total Value of Properties:
$172,300.00