**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  SADIE B. PEREZ,                    :        **CHAPTER 13**

        Debtor                                  : **BANKRUPTCY NO. 18-10107**

**ORDER SUR DEBTOR'S AMENDED OBJECTIONS TO PROOFS OF CLAIM FILED BY THE CITY OF PHILADELPHIA ("CITY") AND THE WATER REVENUE BUREAU OF THE CITY ("WRB")**

AND NOW, this         day of October, 2018, it is hereby ORDERED as follows:

1. The Amended Objections are SUSTAINED.

2.. The Proofs of Claim filed by CITY and WRB (Nos 3 and 4) are REDUCED to

$_____for real estate taxes and liens and $_____for water.

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  SADIE B. PEREZ,                  :        CHAPTER 13

　　　　Debtor                              : BANKRUPTCY NO. 18-10107

**DEBTOR'S AMENDED OBJECTIONS TO PROOFS OF CLAIM ("POC's") FILED BY THE CITY AND SCHOOL DISTRICT OF PHILADELPHIA ("the City") (No. 4) AND THE CITY WATER REVENUE BUREAU("WRB")(No. 3).**

> Commented [David1]: ENDED

The Debtor now comes and makes the following Objections ("the Objections") to the POC's filed in this case by the City and Water (Nos.3 and 4):

1. Copies. of the POC's are attached as Exhibits hereto.

2. On July 5, 2018, and June 22, 2018, respectively, the City and Water filed POC's Nos. 4 and 3, in the respective amounts of $18,959.20 and $11,966.97.

3. The Debtor has gone to the Municipal Services Building to check the City's and WRB's claims against her, and has been advised that the amounts which she owes are considerably less than the amounts set forth on the POC's.

4. As a result, the Debtor believes that the amounts set forth in the POC's are incorrect and should be reduced.

WHEREFORE, the Debtor requests that this court will enter the Proposed Order accompanying the Objections.

_____
/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765
Attorney for Debtor