**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  SADIE B. PEREZ, Debtor              :   CHAPTER 13
                                            : BANKRUPTCY NO. 18-10107

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

        The Debtors have filed Objections to the Proof of Claim filed by you in this
bankruptcy case.

        Your claim may be reduced, modified, or eliminated.  You should
read these papers carefully and discuss them with your attorney, if you have one.

        If you do not want the court to eliminate or change your claim, you or
your attorney must attend the hearing on the objection, scheduled to be held before the
Honorable Eric L. Frank on October 9, 2018, at 1:00 P.M., in Courtroom No. 1, 900 Market St.,
Philadelphia, PA.  19107.  If you or your attorney do not attend the hearing on the objection, the
court may decide that you do not oppose the objection to your claim.


Date:   August 28, 2016                     Attorney for Objector

                                            DAVID A. SCHOLL
                                            512 Hoffman Street
                                            Philadelphia, PA.  19148
                                            610-550-1765