**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| SADIE B. PEREZ, | : | |
| Debtor(s) | : | Bky. No. 18-10107 ELF |

# O R D E R

**AND NOW**, for the reasons stated in court on **October 9, 2018**, it is hereby **ORDERED** that:

1. The hearings on the Debtor's Objections to Claim Nos. 3 and 4 are **CONTINUED** to **November 6, 2018, at 1:00 p.m.**

2. **On or before October 16, 2018**, the Debtor shall file Amended Objections to provide the claimant City of Philadelphia with a more specific statement of the grounds for the Objections.

Date: <u>October 9, 2018</u>

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**