United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10107-elf
Sadie B. Perez                                                            Chapter 13
Sadie B. Perez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                  Page 1 of 1              Date Rcvd: Oct 10, 2018
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db            +Sadie B. Perez,    MAILING ADDRESS,    6013 Walnut Street,    Philadelphia, PA 19139-3713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              AUTHERINE B. SMITH    on behalf of Debtor Sadie B. Perez absmith256@gmail.com
              DAVID A. SCHOLL    on behalf of Debtor Sadie B. Perez judgescholl@gmail.com
              JOSHUA DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
               TRUST bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
               TRUST kbuttery@rascrane.com
              KEVIN W. LYNCH    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
               TRUST kwlynch@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
               CHRISTINA TRUST bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 11

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
|    **SADIE B. PEREZ,** | : | |
|        **Debtor(s)** | : | Bky. No. 18-10107 ELF |

# O R D E R

**AND NOW**, for the reasons stated in court on **October 9, 2018**, it is hereby **ORDERED** that:

1. The hearings on the Debtor's Objections to Claim Nos. 3 and 4 are **CONTINUED** to **November 6, 2018, at 1:00 p.m.**

2. **On or before October 16, 2018**, the Debtor shall file Amended Objections to provide the claimant City of Philadelphia with a more specific statement of the grounds for the Objections.

Date:  **October 9, 2018**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**