*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sadie B. Perez
    Debtor(s)

Case No: 18−10107−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection filed by Debtor Sadie B. Perez
to

Certification of Default filed by MIDFIRST BANK
represented by REBECCA ANN SOLARZ

on: 11/6/18

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/23/18

Timothy B. McGrath
Clerk of Court