United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sadie B. Perez  
Sadie B. Perez  
    Debtors

Case No. 18-10107-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Oct 23, 2018  
                 Form ID: 167    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
```
db             +Sadie B. Perez,    5243 Westford Road,    Philadelphia, PA 19120-3618
db             +Sadie B. Perez,    MAILING ADDRESS,    6013 Walnut Street,    Philadelphia, PA 19139-3713
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    Robertson, Anschutz & Schneid, P. L.,
                 6409 Congress Avenue, suite 100,    Boca Raton, FL 33487-2853
14044866       +MIDFIRST BANK,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    710 Market Street, Suite 5000,
                 Philadelphia, PA 19106-2312
14076277       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14042608        Midfirst Mortgage,    PO Box 26806,    Oklahoma City, OK 73126-8806
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: megan.harper@phila.gov Oct 24 2018 02:15:42     City of Philadelphia,
                 City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA  19102
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
```
          AUTHERINE B. SMITH    on behalf of Debtor Sadie B. Perez absmith256@gmail.com
          DAVID A. SCHOLL    on behalf of Debtor Sadie B. Perez judgescholl@gmail.com
          JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
           karena.blaylock@phila.gov
          KEVIN G. MCDONALD    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
           TRUST bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
           TRUST kbuttery@rascrane.com
          KEVIN W. LYNCH    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
           TRUST kwlynch@comcast.net
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
           CHRISTINA TRUST bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sadie B. Perez
    Debtor(s)

Case No: 18−10107−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection filed by Debtor Sadie B. Perez
to

Certification of Default filed by MIDFIRST BANK represented by REBECCA ANN SOLARZ

on: 11/6/18

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/23/18

Timothy B. McGrath
Clerk of Court