# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  SADIE B. PEREZ,           :          CHAPTER 13
      Debtor

                                 :          BANKRUPTCY NO.  18-10107

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

      The Debtor has not delayed in the prosecution of this case, which was filed pro se in January, 2018. She has entered into Stipulations with both of her mortgagees.  She has also objected to the claims of the City of Philadelphia, which rendered her plan infeasible.  Hearings on the Second Amended Objections to the City's claims are scheduled on November 6, 2018.

      WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this case should be denied.

Date:   November 4, 2018

                                              Attorney for Debtor

                                              /s/DAVID A. SCHOLL
                                              512 Hoffman Street
                                              Philadelphia, PA.  19148
                                              610-550-1765