**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| SADIE B. PEREZ, | : | |
| Debtor | : | Bky. No.  18-10107 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **November 6, 2018,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before November 13, 2018**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date:  **November 7, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**