**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  SADIE B. PEREZ, | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO. 18-10107 |

# ORDER

AND NOW, this **7th day of November 2018**, after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Debtor's Amended Objections to the proofs of claim filed by the City of Philadelphia (Doc. # 94) are **OVERRULED** in their entirety.

_____
  **ERIC L. FRANK**
  **U.S. BANKRUPTCY JUDGE**