United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sadie B. Perez
Sadie B. Perez
    Debtors

Case No. 18-10107-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: John   Page 1 of 1   Date Rcvd: Nov 07, 2018
Form ID: pdf900   Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.
```
db             +Sadie B. Perez,    5243 Westford Road,    Philadelphia, PA 19120-3618
db             +Sadie B. Perez,    MAILING ADDRESS,    6013 Walnut Street,    Philadelphia, PA 19139-3713
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    Robertson, Anschutz & Schneid, P. L.,
                 6409 Congress Avenue, suite 100,    Boca Raton, FL 33487-2853
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:37:50
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2018 02:38:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:19     City of Philadelphia,
                 City of Philadelphia Law Department,   c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA  19102
                                                                                              TOTAL: 4
```

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:
```
              AUTHERINE B. SMITH    on behalf of Debtor Sadie B. Perez absmith256@gmail.com
              DAVID A. SCHOLL    on behalf of Debtor Sadie B. Perez judgescholl@gmail.com
              JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
               TRUST bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
               TRUST kbuttery@rascrane.com
              KEVIN W. LYNCH    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
               TRUST kwlynch@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
               CHRISTINA TRUST bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
|    **SADIE B. PEREZ,** | : | |
|                 **Debtor** | : | Bky. No. 18-10107 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **November 6, 2018,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before November 13, 2018**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: **November 7, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**