United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sadie B. Perez  
Sadie B. Perez  
    Debtors

Case No. 18-10107-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Dec 04, 2018  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.  
db           +Sadie B. Perez,    MAILING ADDRESS,    6013 Walnut Street,    Philadelphia, PA 19139-3713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:  
           AUTHERINE B. SMITH    on behalf of Debtor Sadie B. Perez absmith256@gmail.com  
           DAVID A. SCHOLL    on behalf of Debtor Sadie B. Perez judgescholl@gmail.com  
           JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov, karena.blaylock@phila.gov  
           KEVIN G. MCDONALD    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST bkgroup@kmllawgroup.com  
           KEVIN M. BUTTERY    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST kbuttery@rascrane.com  
           KEVIN W. LYNCH    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST kwlynch@comcast.net  
           REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST bkgroup@kmllawgroup.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                          TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sadie B. Perez <u>Debtor(s)</u> | Chapter 13 |
| MIDFIRST BANK <u>Movnat</u> vs. | |
| Sadie B. Perez <u>Debtor(s)</u> | NO. 18-10107 ELF |
| and William C. Miller Esq. <u>Trustee</u> | |

## ORDER

AND NOW, this 4th day of December, 2018 upon consideration of the Certification of Default by the Moving Party, the Debtor's Objection thereto, and after a hearing, andf for the reasons stated in court, it is **ORDERED** that:

The Automatic Stay o under 11 U.S.C. Sections 362 and 1301 are **MODIFIED** to allow MIDFIRST BANK and its successor in title to exercise its *in rem* remedies under applicable nonbankruptcy law with respect o the premises 5243 Westford Road Philadelphia, PA 19120.

~~The stay provided by Bankruptcy Rule 4001(a)(3) has been waived~~.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**