# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sadie B. Perez<br>                    Debtor<br><br>Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT<br>                    v.<br>Sadie B. Perez<br>                    and<br>William C. Miller Esq.<br>                    Trustee | Chapter 13<br><br>NO. 18-10107 ELF |

## ORDER

AND NOW, this 11th day of December, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on it is **ORDERED** that:

the Automatic Stay under 111 U.S.C. Sections 362 an~~d 1301 (if applicable), is~~ **MODIFIED** to allow Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6013 Walnut St Philadelphia, PA 19139.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**