18-101-107.

12-12-18

Dear,

Honorable Judge Frank

FILED
DEC 13 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

I am writing you this letter in regards to my case. I am having complications with my attorney David Schule. He has been very hard to reach out to. I have only been able to get in touch with his wife. She does all the Corespondence, and he never returns my calls or contacts me via mail or email. The only thing he does is my monthly reports. Theres been Multiple Occastions that I had many Questions. In the beginning of the case I went to his home to drop off paperwork. He assured me he would put all my bills together for my Plan. Then I find out that he forgot to include my water bill which is one of my higher bills. Months later he decided to present it.

He told me not to worry that you two were pretty close. I think David is very unprofessional and I don't think he has my best intress

On Multiple Occasions I witness he and his Wife argue. I have people at the Veteran affair that have witness his irrational behaviors and rude language over the telephone.

David Never discussed a retainers fee with Me in the beginning Now I found out Months later his fee is 4,000$. I would have Never retained David for that price and the way he treats Me as a client. When you told him to Amend the plan he got upset with Me and told Me this Case was to time Consuming. David Stated to me i should let the case get released cause he held me long enough I really think that was a nice thing to say. the reason i got released cause i ask david to call the morgage company and ask why were they sending my payments back, he said that's not his job. I really did not have any support at all. he said or his wife david i signed a disclosure if i did it Sure didn't Say 4,000, all he was worried about was trustee payments. I guess cause that's were his money come from. He stated him and the trustee splits it that is not fair cause he did not even want to talk to midfirst morgage he might deserve some but not all I never complained to you before, but this is rediculous, and im going to noticefy every authority that is ....

whole case went in the morgage companies the water Dept. I don't see no water bill 10,000 for one Person and i will take them back to court, and my payments were going to both morgage companies they were sending them back david never let you know that cause he was not in my corner. His wife ran the whole case. I don't know who should get Paid.
David wife was mad i did not use a lawyer she reffered me when i fill.
    thanks for Reading
    my letter miss Perez.