I'm asking you honorable judge Frank, to reconsider your decission on my relief. I sent Payments to medfirst bank that was returned. I asked daniel to call he stated that was not his job, he is only helping out in the chapter 13. I should have to beg my attorney for stuff that involves my case. now I notice the paper work from the Courts, states Autherine B. Smith she was not who i hired to represent me. Even though she really did take over all daniels Phone calls in the middle of our conversations, she snatch the Phone all the time. I really don't want to go any further in this letter I fill like i was scammed, with its people who never had my best interest, and i never did get the answers i wanted about what was this fee, and why he could not talk to the morgage company. I feel like these questions should be answer in front of you Judge. to me the are making it seem like i just stop Paying. That's why i wanted to be there, and i told them i would be there, but they stated you said, your making the decission at that tim. I have nothing against them but the way they handled me was very wrong. I never had a lawyer to tell me that they will suggest it gets Relief. If my Plan was done right the first time i would not have had all this paper work he says bothered him. also if he would of spoke to the morgage company for sending Payments back, i would not of had that Problem. I should of not been told i called you for a yr. you are on your run. know of this is right and now im taking water kept its court at the right court. I never had a bill that large. all looks like everything was done against me in this case. I also see a motion ____ for bay servicing on the 12/11/2018 with no notice to me ____ hearing rent against me with out being notice prior 2018 that means it

18-10-107-Elf

thanks Sadie

FILED
DEC 13 2018
TIMOTHY McGRATH, CLERK
DEP. CLERK