United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sadie B. Perez
Sadie B. Perez
    Debtors

Case No. 18-10107-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Dec 11, 2018
    Form ID: pdf900    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
```
db          +Sadie B. Perez,    5243 Westford Road,    Philadelphia, PA 19120-3618
db          +Sadie B. Perez,    MAILING ADDRESS,    6013 Walnut Street,    Philadelphia, PA 19139-3713
cr          +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    Robertson, Anschutz & Schneid, P. L.,
              6409 Congress Avenue, suite 100,    Boca Raton, FL 33487-2853
14092264     WILMINGTON SAVINGS FUND SOCIETY, FSB,    dba CHRISTINA TRUST,    c/o KEVIN W. LYNCH,
              1240 N. Myrtlewood St.,    Philadelphia, PA 19121-4515
14086881    +WILMINGTON SAVINGS FUND SOCIETY, FSB,    D/B/A CHRISTINA TRUST,    c/o REBECCA ANN SOLARZ,
              710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14042607     Wilmington Savings Fund Society,    Robertson Anschutz PC,    6409 Congress Ave,
              Boca Raton, FL 33487-2853
14075306    +Wilmington Savings Fund Society, FSB,    c/o Fay Servicing, LLC,    3000 Kellway Dr., Suite 150,
              Carrollton, TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Dec 12 2018 03:06:17    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2018 03:05:56
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2018 03:06:14    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Dec 12 2018 03:06:17    City of Philadelphia,
              City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
              Philadelphia, PA  19102
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
```
              AUTHERINE B. SMITH    on behalf of Debtor Sadie B. Perez absmith256@gmail.com
              DAVID A. SCHOLL    on behalf of Debtor Sadie B. Perez judgescholl@gmail.com
              JOSHUA DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
               TRUST bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
               TRUST kbuttery@rascrane.com
              KEVIN W. LYNCH    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA
               TRUST kwlynch@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
               CHRISTINA TRUST bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sadie B. Perez<br>　　　　　　Debtor<br><br>Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT<br>　　　　　v.<br>Sadie B. Perez<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br>NO. 18-10107 ELF |

## ORDER

AND NOW, this 11th day of December, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on it is **ORDERED** that:

the Automatic Stay under 111 U.S.C. Sections 362 and ~~1301 (if applicable), is~~ **MODIFIED** to allow Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6013 Walnut St Philadelphia, PA 19139.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**