*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sadie B. Perez
       Debtor(s)

Case No: 18−10107−elf

Chapter: 13

---

## *STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Eric L. Frank ,

United States Bankruptcy Court

on 1/8/19 at 01:00 PM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107 .




For The Court

Timothy B. McGrath
Clerk of Court

124
Form 150